```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
                                                         :
YAN C MARINE - ABREU,                                    :
                                                         :
                              Plaintiff,                 :
                                                         :          24-CV-2526 (VSB)
              -against-                                  :
                                                         :                ORDER
                                                         :
ZBIGNIEW PAUPEROWICZ, COWAN                              :
INTERMODAL GROUP LLC, and COWAN                          :
SYSTEMS LLC,                                             :
                                                         :
                              Defendants.                :
---------------------------------------------------------X
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

On September 10, 2024, I ordered Defendants to file an amended Notice of Removal, curing the defects described in my Order within fourteen days. (Doc. 6 ("September Order").) Defendants have not filed an amended Notice of Removal, or otherwise responded to my September Order.

Accordingly, Defendants are hereby ORDERED to file an amended Notice of Removal by October 18, 2024, curing the defects described in my September Order. If Defendants do not do so by this deadline, the Court will remand this case to the Supreme Court of the State of New York without further order.

SO ORDERED.

Dated: October 16, 2024
       New York, New York

                                                    _____
                                                    Vernon S. Broderick
                                                    United States District Judge