**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
YAN C. MARINE-ABREU,

                               Plaintiff,

          -against-

ZBIGNIEW PAUPEROWICZ, et al.,

                        Defendants.
------------------------------------------------------------------X
JOSE E. MARINE BONIFACIO, et al.,

                             Plaintiffs,

          -against-

COWAN SYSTEMS LLC, et al.,

                        Defendants.
------------------------------------------------------------------X

**24 Civ. 2526 (VSB) (GS)**

**24 Civ. 2688 (VSB) (GS)**

**DISCOVERY CONFERENCE
ORDER**

**GARY STEIN, United States Magistrate Judge:**

This action is scheduled for a Discovery Conference on **Friday, April 10, 2026 at 10:00 a.m.** with respect to the issues raised in the parties' joint letter dated March 20, 2026. Counsel are directed to appear for the conference in Courtroom 9A, 500 Pearl Street, New York, New York 10007.

      **SO ORDERED.**

DATED:     New York, New York
             March 24, 2026

                                       _____
                                     The Honorable Gary Stein
                                      United States Magistrate Judge