**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------------X

YAN C MARINE-ABREU,

                            Plaintiff,

                 -against-

ZBIGNIEW PAUPEROWICZ,
COWAN INTERMODAL GROUP,
LLC, and COWAN SYSTEMS, LLC,

                        Defendants.
----------------------------------------------------------------------X
JOSE E. MARINE BONIFACIO and
NELSY M. ABREU DE MARINE,

                        Plaintiffs,

                 -against-

ZBIGNIEW PAUPEROWICZ,
COWAN INTERMODAL GROUP,
LLC, COWAN SYSTEMS, LLC, and
YAN MARINE-ABREU

                        Defendants.
----------------------------------------------------------------------X

**24 Civ. 2526 (VSB) (GS)**

**24 Civ. 2688 (VSB) (GS)**

**<u>ORDER</u>**

**GARY STEIN, United States Magistrate Judge:**

      On April 10, 2026, the Court held a discovery conference with respect to the

matters raised in the parties' March 20, 2026 letter.  (Dkt. No. 39).  For the reasons

discussed during the conference, it is hereby ORDERED that:

      1.  Defendants shall provide their responses to Plaintiff Marine-Abreu's

discovery demands by no later than Friday, April 17, 2026.  Defendants are encouraged to produce as much of the material as possible on a rolling basis in advance of April 17 in view of the scheduling of the completion of Defendant Pauperowicz's deposition for April 22, 2026;

2. The parties shall meet and confer as to Plaintiffs' request for a Rule 30(b)(6) deposition of the corporate Defendants following Plaintiffs' counsels' review of the discovery materials to be produced by Defendants;

3. Defendants may take depositions of medical professionals who rendered assistance or services to Plaintiffs within the limited scope described by Defendants' counsel during the conference;

4. The deadline for Defendants to provide expert disclosures as to their medical experts is April 22, 2026;

5. The deadline for Plaintiffs to provide expert disclosures as to their medical experts is May 29, 2026;

6. The deadline for Defendants to provide expert disclosures as to liability experts, if any, is May 13, 2026;

7. The deadline for Plaintiffs to provide expert disclosures as to liability experts, if any, is June 12, 2026;

8. The deadline for Defendants to move to amend their answer is May 6, 2026.  Plaintiffs shall submit their opposition to such motion, if any, by no later than May 20, 2026.  Defendants' reply, if any, shall be submitted by no later than May 27, 2026; and

9. The parties are directed to submit a joint letter indicating their interest, if any, in mediation or settlement by no later than April 24, 2026.

**SO ORDERED.**

DATED:    New York, New York
          April 10, 2026

_____
The Honorable Gary Stein
United States Magistrate Judge

3