# LONDON FISCHER LLP

59 Maiden Lane
New York, New York 10038
t: (212) 972-1000
f: (212) 972-1030
www.LondonFischer.com

April 22, 2026

**VIA PACER**



Hon. Gary Stein
Magistrate  USDC – SDNY
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

> Action 1: *Yan C. Marine-Abreu v. Zbigniew Pauperowicz, Cowan Intermodal Group, LLC and Cowan Systems, LLC*
> Case Number 1:24-cv-02526-VSB
>
> Action 2: *Jose E. Marine Bonifacio and Nelsy M. Abreu De Marine v. Cowan Systems, LLC, Cowan Intermodal Group, LLC, Zbigniew Pauperowicz and Yan Marine-Abreu*
> Case Number 1:24-cv-02688-VSB

Honorable Magistrate Stein:

We represent Cowan Systems, LLC., Cowan Intermodal Group, LLC, and Zbigniew Pauperowicz in the above referenced matters.

This letter motion is a request for a one-week extension to comply with This Court's April 10, 2026 Order (ECF Doc. 45), to the extent that it directs disclosure of the defense expert  disclosure by April 22, 2026.

Defendants have already substantially complied with the Order, having served expert reports for the following:

Yan Marine Abreu
- Dr. Ronald Grelsamer on April 13, 2026
- Dr. Jack Chouecka on September 18, 2025

Nelsy Marine De Abreu
- Dr. Jack Chouecka on April 21, 2026

Jose Marine Bonifacio
- Dr. Jack Chouecka on April 21, 2026
- Dr. Jared F. Brandoff on April 21, 2026

New York    |    New Jersey    |    California    |    Florida    |    Pennsylvania

2750921v1

The sole remaining medical expert reports are due from Dr. Jared F. Brandoff, for Nelsy Marine Abreu and Yan Marine Abreu.

We repeatedly have been in contact with Dr. Brandoff requesting the reports prior to the deadline, given less than two weeks ago by This Court. We were advised that the reports were being transcribed and finalized. While we expected to have the reports by now, they still not have been provided by the Doctor.

Earlier today, we notified counsel for plaintiffs in both actions that the reports may not be available by the deadline, and requested consent to a one week extension. Michael Mahan, who represents Nelsy Marine Abreu, has consented to the request, while Simon Landsberg, who represents Yan Marine Abreu, has refused to consent, without providing any reason therefor.

There have been no prior requests for an extension of this deadline. It is submitted that there is good cause for the extension because the undersigned was only provided this deadline 12 days ago, has worked to obtain all outstanding reports and anticipates only a minimal delay in compliance.

Respectfully Submitted,

Louis T. Cornacchia III, Esq.

Application granted. The deadline for Defendants to provide expert disclosures as to their medical experts is extended to April 29, 2026. The deadline for Plaintiffs to provide expert disclosures as to their medical experts is similarly extended to June 5, 2026. All remaining discovery deadlines remain as outlined in the Court's April 10, 2026 Order. (Dkt. No. 45). The parties remain directed to submit a joint letter indicating their interest, if any, in mediation or settlement by no later than April 24, 2026.

SO ORDERED.

Date: New York, New York
        April 23, 2026

Gary Stein
United States Magistate Judge
Southern District of New York