**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

YAN C. MARINE-ABREU,

Plaintiff,

-against-

ZBIGNIEW PAUPEROWICZ, *et al.*,

Defendants.

---------------------------------------------------------------X

**24 Civ. No. 2526 (VSB) (GS)**

**VIDEO DISCOVERY CONFERENCE ORDER**

**GARY STEIN, United States Magistrate Judge:**

This action is scheduled for a Video Discovery Conference on **Thursday, September 24, 2026 at 10:00 a.m.** with respect to Defendants' motion regarding the depositions of Plaintiffs' certain treating physicians. (Dkt. No. 61; *see also* Dkt. Nos. 64, 66). Counsel is directed to join the conference via Microsoft Teams at the scheduled time using the following link: **Join the meeting now**. **[Meeting ID: 212 559 707 905 286] [Passcode: RX2wh73y].**

**SO ORDERED.**

DATED: New York, New York
September 14, 2026

*[signature]*

The Honorable Gary Stein
United States Magistrate Judge