**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

YAN C MARINE-ABREU,

Plaintiff,

-against-

ZBIGNIEW PAUPEROWICZ, COWAN INTERMODAL GROUP, LLC, and COWAN SYSTEMS, LLC,

Defendants.

-----------------------------------------------------------------X

**24 Civ. 2526 (VSB) (GS)**

JOSE E. MARINE BONIFACIO and NELSY M. ABREU DE MARINE,

Plaintiffs,

-against-

ZBIGNIEW PAUPEROWICZ, COWAN INTERMODAL GROUP, LLC, COWAN SYSTEMS, LLC, and YAN MARINE-ABREU

Defendants.

-----------------------------------------------------------------X

**24 Civ. 2688 (VSB) (GS)**

**<u>OPINION & ORDER</u>**

**GARY STEIN, United States Magistrate Judge:**

On September 24, 2026, the Court held a discovery conference with respect to the letter motion by Defendants Zbigniew Pauperowicz, Cowan Intermodal Group LLC, and Cowan System, LLC ("Defendants") relating to deposition subpoenas served on three treating physicians for Plaintiffs in these actions. Specifically,

Defendants ask the Court to reject the allegedly excessive deposition fees sought by Drs. Richard Okafor and B.V. Reddy and to compel the deposition of Dr. Thomas Kolb. (Dkt. No. 61; *see also* Dkt. No. 64).[1] The Court has not received submissions from any of the three physicians. Defendants' motion is **GRANTED**.

Consistent with the parties' representations in their letters and during the conference, the Court finds it appropriate to award the treating physicians a reasonable hourly fee for their attendance at the depositions. The Court further finds, consistent with the cases cited in Defendants' letter, that a fee of $500 per hour is reasonable. *See* cases cited at Dkt. No. 64 at 2–3; *see also Goldstein v. CVS Albany L.L.C.*, No. 22 Civ. 434 (JMW), 2023 WL 7017070, at *2 (E.D.N.Y. Oct. 25, 2023) (finding that "[r]elevant authority appears to conclude that a rate of between $400 and $500 per hour is reasonable for a doctor or surgeon testifying at a deposition" and collecting cases); *Bryant v. Carlisle Carrier Corp.*, No. 13 Civ. 578 (JG) (MDG), 2014 WL 12834477, at *2 (E.D.N.Y. Nov. 14, 2014) (holding "that a rate of $400 per hour is a reasonable rate" for board certified physicians deposed as fact witnesses).

Separately, Defendants have provided proof of service of the deposition subpoena on Dr. Kolb. (Dkt. No. 61-1 at 1–2). No party disputes that Dr. Kolb did

[1] Defendants' letter also sought, in the alternative, to preclude all three physicians from testifying at trial and to preclude reliance by Plaintiffs on their medical records at trial or during motion practice. (Dkt. No. 61). Plaintiffs opposed that aspect of Defendants' application. (Dkt. No. 64). At the conference, the Court was advised that, following further consultation between the parties, that aspect of Defendants' application is withdrawn.

not attend the scheduled deposition on the noticed date or otherwise respond. The Court therefore grants Defendants' motion to compel Dr. Kolb's attendance.

Accordingly, Drs. Reddy and Okafor shall be entitled to a fee of $500 per hour in connection with their deposition testimony, and Dr. Kolb is ordered to appear for a deposition at a mutually convenient time, to be compensated at the same hourly rate. The Clerk of Court is respectfully directed to close the open motion at Docket Number 61.

**SO ORDERED.**

DATED: New York, New York
September 24, 2026

Gary Stein

The Honorable Gary Stein
United States Magistrate Judge